IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-01132-PAB-KLM

MARION BRECHEISEN,

    Plaintiff,

v.

BLUE COLLAR PRODUCTION, LLC, a Texas limited liability company,

    Defendant.

## MINUTE ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Joint Motion to Enter Stipulated 502(d) Order [#30]** (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#30] is **GRANTED**. Accordingly,

IT IS FURTHER **ORDERED** that the Stipulated Order [#30-1] supplied by the parties is **accepted** for filing and entered as an Order of the Court as of the date of this Minute Order.

Dated: September 8, 2015