IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:15-cv-01132-PAB-KLM

MARION BRECHEISEN

Plaintiff,

v.

BLUE COLLAR PRODUCTION, LLC, a Texas limited liability company

Defendant.

## STIPULATED ORDER

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

/s/ Jeff A. Massey
Jeff A. Massey
Aspire IP, LLC
444 East Pikes Peak Avenue, Suite 105
Colorado Springs, Colorado 80903
(719) 359-9695
Attorneys for Plaintiff

/s/ Brian W. Zimmerman
Brian W. Zimmerman
Brian C. Poldrack
Zimmerman, Axelrad, Meyer, Stern & Wise, P.C.
3040 Post Oak Boulevard, Suite 1300
Houston, Texas 77056-6650
(713) 552-1234
Attorneys for Defendant

**SO ORDERED**

Dated: 9/8/15

Hon. Kristen L. Mix
United States Magistrate Judge